# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
ASHEVILLE, NC

SEP 0 8 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Michael Gallagher
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Chief Mike Lamb
Asheville Police Department
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:25-cv-303-MR-WCM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Gallagher
Street Address: 3834 South Park Avenue #1
City and County: Blasdell, Erie County
State and Zip Code: New York 14219
Telephone Number: 716-784-7892
E-mail Address: Irishrover20@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* __Michael Gallagher__, is a citizen of the State of *(name)* __New York__.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* __Mike Lamb__, is a citizen of the State of *(name)* __North Carolina__. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *M Gallagher* 09-03-25

Signature of Plaintiff: *M Gallagher*
Printed Name of Plaintiff: *Michael R Gallagher*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____ .

❏ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: 
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____  

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Dear Court - Since I am out of state I am please requesting a virtual hearing on this lawsuit. I don't have money to appear in person

9-3-25   If needed I will find a attorney

Your getting my background - Starting in 1999 I started working with dogs and cats. In 2000 I tried attending Veterinary Technology College. Since this time I have worked in the pet industry to this current year. Been a member of two national organizations in animal care and animal control (The National Animal Control Association (2007-2010). I have also tried several times to attend veterinary medicine college to become a veterinarian. I am doing two programs online one in Animal Welfare Business Management and courses related to animal shelter management and animal care.

I am fighting any statue of limitation if applicable. In 2012 I was working two jobs in Asheville. One was with a dog boarding/daycare/grooming facility. The second was with Brother Wolf Animal Rescue. I did not have a vehicle at the time. During that time I had my dog (Spike) who I adopted from the Asheville Humane Society. Before I wanted to leave the state and move back to Seattle, Washington (lived in Seattle 3 times). I looked at paying for a transportation van to put Spike

Turn →

(left margin: I am asking that you send me another fee waiver form to be mailed to me.)

on to seattle it was to expensive. I went to
the former executive director/founder of
Brother Wolf - Denise Bitz I asked her for
help to put Spike on a transportation van
she agreed (I offered her money twice she
refused my money. My plan for housing back
to seattle was not good I ended up in a homeless
shelter. I was still expecting her to send Spike.
At that time there was a extremely large amount
of homeless with dogs. Denise Bitz never sent
Spike and got away with larceny (2nd highest crime
in your state). I called criminal lawyers who confirmed
this felony. When I was sitting in this homeless
shelter I called Asheville Police Department
Dispatchers 25 times, Buncombe County ~~Sheriff~~
Sheriff 15 times and Black Mountain Police
~~imo the~~ 5-10 times to have a police report made
on this theft. Everytime I called Asheville
Police the dispatchers refused to have a
police officer respond back plus I could
not give them a date because I don't
remember the exact date I left the state.
I am suing the Asheville Police Department
for police misconduct. I don't know if Lamb was
the chief at the time, but I am still suing.
~~I am~~ fighting any statue of limitation on this issue